UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC, a California company,<br><br>        Defendant. | Case No. 2:23-cv-01678-BJR<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

This matter came before the Court on Defendant Google LLC's Unopposed Motion for Extension of Time to File Response to Complaint, and the Court, having considered the motion and all evidence submitted in opposition to and in support of the motion, and the pleadings, records and files herein, it is now therefore:

ORDERED that Defendant's Unopposed Motion for Extension of Time to File Response to Complaint is GRANTED.

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 1
Case No. 2:23-cv-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1
2   DATED this 9th day of November 2023.
3
4
5   _____
    Barbara Jacobs Rothstein
6   United States District Judge
7
8
9
10  Presented by:
11
12
13  *s/April Upchurch Fredrickson*
    April Upchurch Fredrickson, WSBA No. 31910
14  april.fredrickson@millernash.com
    MILLER NASH LLP
15  605 5th Ave S, Ste 900
    Seattle, WA 98104
16  Telephone: (206) 624-8300
    Facsimilie: (206) 340-9599
17
    Attorneys for Defendant Google LLC
18
19
20  4863-4859-6366.1
21
22
23
24
25
26

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 2
Case No. 2:23-cv-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104