UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, a California company,<br><br>    Defendant. | Case No. 2:23-cv-01678-BJR<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES |

Pursuant to Fed. R. Civ. P. 16(b)(4), LCR 7(d)(1) and LCR 10(g), Plaintiff Gary Levy ("Levy") and Google LLC ("Google"), file this stipulated motion for an order continuing the trial date in this case from March 10, 2025 to September 22, 2025. The parties further request the Court amend the dates set forth in the Order Setting Trial Date and Related Dates consistent with the new trial date.

Good cause exists for the continuance. The parties have scheduled mediation for November 11, 2024, and have agreed to forgo all depositions pending mediation in an effort to contain costs while the parties explore resolution.

Despite the parties' diligence in attempting to schedule mediation, it was difficult to find dates that worked for all parties with a mutually agreeable mediator. The parties began discussing the possibility of mediation with Cliff Freed in mid-June of 2024, but were unable to secure a date

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE
AND ASSOCIATED DEADLINES - 1
Case No. 2:23-cv-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

within a reasonable time frame. *See Declaration of April Upchurch Fredrickson in Support of Stipulated Motion to Continue Trial Date and Associated Deadlines ("Fredrickson Decl." at ¶ 2).* The parties were making efforts to schedule mediation in September and October, but no dates were available with the parties' preferred mediators. *Id.* The parties were finally able to schedule mediation for November 11, 2024. *Id.*

The late nature of the parties' mediation, their agreement to forgo depositions pending mediation, and counsel's inability to schedule trial during the summer of 2024, will result in a trial in September, 2025. All counsel and parties are available the week of September 22, 2025.

The Parties further agree that no exigent circumstances exist that would require an immediate trial, no prejudice would result from a continuance, and the interests of justice would be served by the continuance. In addition, the parties' decision to delay costly depositions until after the parties participate in mediation will result in more efficient litigation. The parties therefore propose the following amendments to the case schedule:

| **Deadline** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Jury Trial Date | March 10, 2025 | September 22, 2025 |
| Reports from expert witness under FRCP 26(a)(2) | August 12, 2024 | February 10, 2025 |
| Discovery completed by | September 13, 2024 | March 14, 2025 |
| All dispositive motions | October 11, 2024 | April 11, 2025 |
| All motions in limine must be filed by | February 3, 2025 | August 4, 2025 |
| Joint Pretrial Statement | February 10, 2025 | August 11, 2025 |
| Pretrial Conference | February 25, 2025 | August 26, 2025 |
| Length of Jury Trial |  | 5 days |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE
AND ASSOCIATED DEADLINES - 2
Case No. Case No. 2:23-cv-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

DATED this 5th day of September, 2024.

*s/April Upchurch Fredrickson*
April Upchurch Fredrickson, WSBA No. 31910
april.fredrickson@millernash.com
Souvanny Miller, *pro hac vice pending*
souvanny.miller@millernash.com
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Facsimile: (206) 340-9599

Attorneys for Defendant Google LLC

*s/Gregory M. Skidmore*
Gregory M. Skidmore, WSBA No. 47462
gskidmore@skidmorefomina.com
Vera P. Fomina, WSBA No. 49388
vfomina@skidmorefomina.com
Mason Hudon, WSBA No. 59925
mhudon@skidmorefomina.com
SKIDMORE FOMINA, PLLC
1800 112TH Ave NE, Ste 270E
Bellevue, WA 98004
Telephone: (425) 5193656

Attorneys for Plaintiff Gary Levy

## **ORDER**

IT IS SO ORDERED.

DATED this 6th day of September 2024.

*[signature: Barbara J. Rothstein]*
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE
AND ASSOCIATED DEADLINES - 3
Case No. Case No. 2:23-cv-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory M. Skidmore
Vera P. Fomina
Mason C. Hudon
SKIDMORE FOMINA, PLLC
1800 112th Ave, Ste 270E
Bellevue, WA 98004

☐ via Hand Delivery
☐ via U.S. Mail
☐ via E-Service
☐ via Email
☒ via CM/ECF

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Seattle, Washington, on September 5, 2024.

*s/Elizabeth Pitman*
Elizabeth Pitman, Legal Assistant

4855-9207-2920.1

CERTIFICATE OF SERVICE - 1
Case No. Case No. 2:23-cv-01678-BJR