The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY LEVY, an individual,

    Plaintiff,

v.

GOOGLE LLC, a California company,

    Defendant.

Case No. 2:23-cv-1678-BJR

**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES**

## I.    INTRODUCTION

In October 2023, Plaintiff Gary Levy initiated in state court this employment discrimination action against Defendant Google LLC ("Google"), alleging claims for retaliation and wrongful termination. Compl., Dkt. No. 1-1. The following month, Google removed the action to this Court. Not. of Removal, Dkt. No. 1.

Currently before the Court is Levy's Motion to Continue Trial Date and Related Pretrial Deadlines, which seeks a continuance of approximately four months. Pl.'s Mot., Dkt. No. 18; Proposed Or., Dkt. No. 18-2. Having fully considered the materials and the relevant legal authorities, the Court grants the motion. The reasoning for the Court's decision follows.

## II.     LEGAL STANDARD AND DISCUSSION

A district court's pretrial schedule may be modified "only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Whether to grant or deny a continuance is at the discretion of the Court. *Rios-Barrios v. I.N.S.*, 776 F.2d 859, 862 (9th Cir. 1985). When considering the propriety of a continuance, courts consider four factors: (1) the diligence of the party seeking a continuance in preparing for trial; (2) the need for a continuance; (3) the inconvenience to the opposing party, the witnesses, and the court; and (4) the hardship a denial of a continuance would cause the defendant. *United States v. 2.61 Acres of Land*, 791 F.2d 666, 671 (9th Cir. 1986).

Levy contends that good cause exists for his proposed continuance because he has been diligent in obtaining discovery and responding to discovery requests, but his wife has unforeseeably fallen ill, making it difficult for him to schedule and prepare for depositions. Pl.'s Mot. at 2-4. Google responds that good cause exists to extend the current trial, but not to the extent requested by Levy. Def.'s Resp. at 1-2, 4-5, Dkt. No. 19. Google asserts that Levy has abruptly canceled mediation twice, resulting in significant delays and wasted time. *Id.* at 2-3. Google also contends that Levy has impeded Google's ability to conduct discovery by making himself unavailable for deposition until mid-to-late April, despite the current discovery deadline of March 2025. *Id.* at 3-4. Levy replies that Google has likewise failed to provide deposition dates for its own witnesses, despite multiple requests. Pl.'s Reply at 1-2, Dkt. No. 21.

The Court is unimpressed by the parties' finger-pointing and inability to complete discovery in a timely manner. This action—which the parties agree does not present complex issues—has been pending for well over a year. *See* Compl.; Joint Status Report at 2, Dkt. No. 11. Furthermore,

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES

- 2

the Court previously granted a continuance of approximately six months to accommodate the parties' desire to proceed with mediation and limit discovery costs. Or. Granting Stip. Mot. to Continue, Dkt. No. 15. The Court is sympathetic to the fact that Levy has been dealing with his wife's unforeseen illness. However, given how long this case has been pending, the parties' lack of meaningful progress is unacceptable. Nevertheless, the Court recognizes that it would be impractical to proceed with the current case deadlines and finds that good cause exists to grant the Motion to Continue Trial Date and Related Pretrial Deadlines.

### III.     CONCLUSION

For the foregoing reasons, Plaintiff's Motion to Continue Trial Date and Related Pretrial Deadlines (Dkt. No. 18) is **GRANTED**. The existing case schedule is amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Jury Trial Date | September 22, 2025 | February 2, 2026 |
| Reports from expert witness under FRCP 26(a)(2) | February 10, 2025 | June 23, 2025 |
| Discovery completed by | March 14, 2025 | July 25, 2025 |
| All dispositive motions | April 11, 2025 | August 22, 2025 |
| All motions *in limine* must be filed by | August 4, 2025 | December 15, 2025 |
| Joint Pretrial Statement | August 11, 2025 | December 22, 2025 |
| Pretrial Conference | August 26, 2025 | January 6, 2026 |
| Length of Jury Trial | 5 days | 5 days |

In no event shall the parties toll these dates to pursue mediation. The Court will not entertain any further requests for extensions.

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES

- 3

DATED this 7th day of April 2025.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES

- 4