UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY, an individual, | Case No. 2:23-cv-01678-BJR |
| Plaintiff, | |
| v. | DECLARATION OF TODD CUNNINGHAM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| GOOGLE LLC, a California company, | |
| Defendant. | |

I, Todd Cunningham, hereby declare and state as follows:

1.     I have been employed at Google since March 2021. From March 2021 to July 2023, I was the Senior Finance Manager for Augmented Reality and Virtual Reality. Among other things, my duties included financial planning and analysis for the Augmented Reality & Virtual Reality ("AR") department. I hold a Master of Business Administration from Brigham Young University Marriott School of Business in finance and have worked in finance since 2008. Consequently, I am very familiar with general accounting principles that apply to publicly traded companies like Google.

2.     Between November 29, 2022 and December 22, 2022, the AR team held several meetings with cross functional stakeholders (e.g., engineering, finance, project managers, etc.) to discuss the 2022 and 2023 budget for the silicon team. I participated in these meetings for the AR finance department.

DECLARATION OF TODD CUNNINGHAM - 1
Case No. 2:23-CV-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4921-1047-2283.1

3.      Sometime in early December 2022, I learned that a Google vendor, VeriSilicon ("VSI"), began working on a Google project, Alius B0, without having an approved contract in place. Alius B0 was the second iteration of a silicon chip that was co-designed by Google and VSI. Work performed by VSI without an approved contract is referred to as a Google Policy Violation and/or Side Agreement. As stated in Google Policy Violations & Side Agreements guidance, a Side Agreement includes a "spend commitment," which occurs when a vendor is authorized to provide services for Google without an approved contract and/or purchase order. Side Agreements present a risk of inaccurate financial reporting. Google's Policy Violations & Side Agreement controls are in place to ensure Sarbanes Oxley compliance. Attached as Exhibit 1 is a true and correct copy of Google's internal guidance on Policy Violations & Side Agreements.

4.      On December 7, 2022, Google Systems Architect, Cindy Xie, provided me with a smart sheet schedule identifying all design work that had been performed by VSI on Alius B0. According to the schedule, work on Alius B0 began in August 2022. Attached as Exhibit 2 is a true and correct copy of the email I received from Ms. Xie with the embedded smart sheet for Alius B0. Ms. Xie was a member of the engineering team for Alius B0.

5.      On December 8, 2022, after confirming that work had been performed on Alius B0, I instructed the AR team to document the work performed through a contract and/or purchase order. Doing so would remedy the policy violation and would also allow the AR finance team to amortize the expenses associated with the work over the accounting period in which they accrued as required by Generally Accepted Accounting Practices ("GAAP"). Under GAAP, expenses are recognized and reported in financial statements when they are incurred regardless of when the cost of the expense is paid to the vendor. This principle is known as the GAAP "matching principle" and is designed to provide a more accurate picture of a company's profitability. I set a December 22, 2022, deadline for the team to amend the Alius contract.

DECLARATION OF TODD CUNNINGHAM - 2
Case No. 2:23-CV-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4921-1047-2283.1

6. On December 12, 2022, Xie circulated a proposed calculation for Alius B0 engineering change orders work that had been done through December 12. Attached as Exhibit 3 is a true and correct copy of the email I received from Ms. Xie regarding her evaluation of the work performed. Ms. Xie explained that she used Levy's design spreadsheet to calculate the amounts. Because the contractual payments to VeriSilicon were made upon completion of certain milestones (as opposed to as the work was performed), the silicon team sought to identify reasonable monetary value of the work that had been performed thus far based on the payment milestones that were still being negotiated by Levy.

7. On December 19, 2022, I escalated the compliance violation to Paul Greco (Vice President Hardware Engineering) in an email. I disclosed there was a gap between contracts with VSI and work that Google asked VSI to perform. Specifically, Google owed $2.55 M in hot lot fees for 2021 and $5.63 M for work on Alius B0 that began in August 2022. Hot lot fees are incurred for expedited processing of semiconductor wafers. I further explained that both amounts are "after the fact" items that should have been reported in Google financials in 2021 and 2022. The amounts were not included in contracts with VSI prior to the work being done. Finally, I explained that the gap between the contracts and the project work was uncovered as engineering and finance were solidifying budgets for 2022 and 2023. Attached as Exhibit 4 is a true and correct copy of the email I sent to Paul Greco.

8. I then worked with the compliance team to document the VSI compliance violation. The compliance violation occurred because of the Hot Lot fees and the work that occurred on Alius B0. Gary Levy was notified of the compliance violation involving VSI. Levy's supervisors, Vikram Natarajan and Darren Ward, were also notified. Attached as Exhibit 5 is a true and correct copy of the compliance violation that was ultimately sent to Levy, Natarajan, and Ward.

9. The AR team documented the Alius B0 work through a product schedule to the Verisilicon Hardware Services Agreement. The product schedule outlined the terms of the deal

DECLARATION OF TODD CUNNINGHAM - 3
Case No. 2:23-CV-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4921-1047-2283.1

and described the work performed by VeriSilicon. Attached as Exhibit 6 is a true and correct copy of the executive summary of the product schedule. Exhibit 6 reflects the final estimate of $5,390,550 for work performed for Alius B0 during 2022.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED in Seattle, Washington on this 28 day of August, 2025.

s/ _____
Todd Cunningham

DECLARATION OF TODD CUNNINGHAM - 4
Case No. 2:23-CV-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4921-1047-2283.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing DECLARATION OF TODD CUNNINGHAM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system and will serve it on the party in the manners indicated below:

Gary Levy
2720 3rd Avenue, PH6
Seattle, WA 98121
garyblevy4prose@gmail.com

*Plaintiff pro se*

☐ via Hand Delivery
☒ via U.S. Mail
☐ via E-Service
☒ via Email
☒ via CM/ECF

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Portland, Oregon on August 29, 2025.

*s/Amanda Bowen*
Amanda Bowen, Legal Assistant

CERTIFICATE OF SERVICE - 1
Case No. 2:23-CV-01678-BJR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104
4921-1047-2283.1