# Policy Violation/Side Agreement FAQ

*Read more on [Policy Violations and Side Agreements](#)*

## Follow-Up Processes and Consequences of a Recorded Policy Violation

**What is a policy violation (PV)?**

A control breach that occurs in the contracting process, when at least one in scope policy is breached by an Alphabet employee, Intern, or TVC. A PV can occur in either revenue or spend (operating expenses or capital expenditures) activities. The policies in scope for contracting compliance can be found at go/compliancepolicies.

**What is a side agreement (SA)?**

SAs are written or verbal agreements that are not authorized in accordance with [Alphabet's Commitment and Signature Authority Policy](#), and are outside of and/or supersede any terms and conditions of the original contract. All side agreements also qualify as Policy Violations, but only some Policy Violations qualify as Side Agreements. More information can be found at go/sideagreements.

**I received an email that says I have committed a Policy Violation, what do I do now?**

If you receive an email letting you know of a Policy Violation committed, please read through the email carefully as there may be outstanding tasks to complete (e.g. training). If you have any questions or concerns related to these next steps, please refer to [this](#) page of our Help Center or get in touch via go/compliancehelp.

**What are the consequences of Policy Violations?**

The consequences of a policy violation at Google depend on various factors. Potential outcomes include notification of the violation and mandatory retraining, notification of managers and directors, and in some severe cases escalation to Office of Compliance & Integrity. There are three factors that influence the seriousness of a policy violation; **materiality** (meaning the size of the policy violation in financial terms), the **intent** (meaning fraudulent, malicious, self-serving, and/or unethical conduct is suspected), and **repetition** (meaning multiple policy violations have been committed by the same person).

**I found out that I have committed a policy violation and am unsure of what steps to take on my end.**

Googlers must report any known policy violations or side agreements as soon as possible using one of the following methods.

- **go/reportpolicyviolation**: This is the designated platform for reporting policy violations. Use this form to make our Compliance team aware of an incident where a Google process or policy was not followed
- **go/compliancehelp:** Googlers can request assistance by raising a consult via go/compliancehelp and navigating to "Contact Us"
- Reach out the Deal & Spend Governance advisor responsible for their PA (go/whichadvisor)

**Is there a difference in response whether a TVC or FTE has created a policy violation?**

The process for handling policy violations involving TVCs differs from that of Googlers (employees or interns). Rather than the compliance team directly contacting you, the team will reach out to your Google POC.

#### Does HR get involved in my Policy Violation process?

The recording of policy violations and side agreements is separate to any HR or performance-related process (e.g. GRAD).

Please note that there is generally no direct impact to GRAD arising from PV reporting. However, managers or directors may consider compliance alongside other administrative performance factors.

In cases where ethical misconduct is suspected, violations are referred to OCI for further investigation, and OCI may notify PeopleOps per their procedures. Some PAs, notably Cloud, may follow a distinct response framework to improve their PA's compliance environment. They may elect to include performance management consequences in their response to PVs.

For questions about your PA's PV procedures, please reach out to your PA compliance POC (go/whichadvisor).

#### What if my policy violation is also classified as a side agreement?

If the policy violation is also classified as a side agreement, the Googler and relevant business VPs will receive a custom certification request from the RMC Operations team (a carve-out letter) as part of the quarterly SOX survey, attesting to the side agreement and confirming no others exist. The letter includes an attestation that the Googler has not entered into any other side agreements during the quarter. It is important that the fact patterns outlined in the carve-out letter are confirmed for reporting and disclosure purposes; the certification itself does not represent an admission of responsibility.

More information about the side agreement reporting process can be found here.

#### What happens if I reported a side agreement to Compliance?

This will affect your quarterly Side Agreement survey. You can find the details here in the Side Agreement Survey FAQ.

#### What if I disagree with the Policy Violation or I feel this was incorrectly attributed to me?

When a Googler or their manager disagrees with the classification of an incident as a policy violation, they should contact the relevant Deal & Spend Governance advisor (go/whichadvisor), who will review the situation. In the rare cases where a policy violation is withdrawn as a result of this review, it will be removed from the Deal & Spend Governance internal tracking. Similarly, if a Googler disagrees with a policy violation and thinks it should be attributed to another Googler/team (due to role transition, changes in account ownership, or any other extenuating circumstances), the relevant Deal & Spend Governance advisor can be consulted to review the specifics of the Policy Violation and make updates if needed.

#### What if the Googler who committed the Policy Violation is no longer at Google?

Where a Policy Violation and/or Side Agreement is flagged, and the LDAP against whom it should be filed has left Google, the Policy Violation can be reported with the Xoogler's LDAP.

## Need more help?
Try these next steps:



**Contact us**
Tell us more and we'll help you get there

## Policy Violations & Side Agreements

**What are Policy Violations and Side Agreements?**

A Policy Violation (PV) is a control breach that occurs in the contracting process, when at least one in scope policy is breached by an Alphabet employee, Intern, or TVC. A PV can occur in either revenue or spend (operating expenses or capital expenditures) activities.

Side Agreements are a type of Policy Violation. All Side Agreements also qualify as Policy Violations, but only some Policy Violations qualify as Side Agreements. Accurately identifying and reporting side agreements is critical for ensuring Sarbanes–Oxley (SOX) compliance. SOX is a US federal law, and as a public company Alphabet must ensure compliance with SOX.

Side Agreements are written or verbal agreements that are not authorized in accordance with Alphabet's Commitment and Signature Authority Policy, and that are outside of and/or supersede any terms and conditions of the original contract.

Policy Violations include a broader array of control breaches; Side Agreements are limited to those that establish an unauthorized commitment.

For avoidance of doubt, Side Agreements include, but are not limited to, arrangements whereby promises are made without advance approval for:

- Performance of Google's services (for example, a guarantee that an ad campaign will achieve specified metrics)
- Spend commitments (for example, authorizing a vendor to provide services for Google without an approved contract and / or purchase order)
- Commercial terms (for example, promised discounts for Google's services)
- Promised credits or refunds if a Google service fails to meet specified customer or partner expectations (for example, a commitment to issue credits for unsold inventory of Google devices or to compensate for an underperforming campaign)
- [EMEA only] A Joint Business Plan that does not adhere to Legal and Compliance guidance.
- [EMEA only] Acceptance, approval or confirmation of Insertion Orders, Reconciliations, or submission of Requests for Proposals (RFPs) in third party booking systems, including but not limited to Metis, Adazzle, Mediaocean, Prisma and MMS.

Side Agreements present a risk of inaccurate financial reporting. However, actual financial reporting impact and materiality are not limiting factors in identification of side agreements. Any unauthorized commitment qualifies as a Side Agreement.

If internal approval is secured by the appropriate authority to commit Google resources in advance of making such a commitment, the arrangement is not a Side Agreement; however, if approval is not secured in advance (and even if it is confirmed after the fact) these arrangements constitute Side Agreements. Importantly, approval from the appropriate authority must be verifiable; in practice this means it must be approved in a contracting system, purchase order workflow, or in a deal or spend review committee. In limited cases, other forms of approval (such as email) may be acceptable provided they are verifiable (i.e., written and dated) and are granted by someone with sufficient authority.

**Policies for Reference**

- Contracting Principles
- Contract Dating Policy
- OPEX Contract Dating Policy
- Adjustments, Makegoods and Goodwill
- Commitment and Signature Authority policy
- Purchasing policy

If you have any questions or concerns about Policy Violations then please contact Compliance via
go/rmchelp   .

---

## Need more help?
Try these next steps:



**Contact us**
Tell us more and we'll help you get there