| | |
|---|---|
| From: | Srikanth Muroor (Google Docs) [comments-noreply@docs.google.com] |
| Sent: | 12/7/2022 7:00:58 PM |
| To: | phuonglam@google.com |
| Subject: | 2023 silicon budg... - @randybaltodano@google.com @toddcunni... |

Srikanth Muroor replied to a comment in the following document

 2023 silicon budget sync

> 1 comment
>
> Additional Action For any dollars that do not have an approved contract + PO opened by 12/20, FP&A/ biz provide proper substantive support to Phuong
>
>  Phuong Lam
> • 5:59 PM, Dec 6 (PST)
>
> @randybaltodano@google.com @toddcunningham@google.com @raulap@google.com
> Hi team,
>
> Added an additional action item - in order to book any manual adjustments in the absence of approved contract + PO opened, then I am requesting proper supporting documentation to be provided by 12/30.
> While I have provided prelim calcs and assumptions, I will require evidence from biz to indicate work has been performed and estimates can be reasonably traced.
>
> Thanks,
> Phuong
>
> @mgalindez@google.com (vis)
>
>  Todd Cunningham
> • 6:54 PM, Dec 6 (PST)
>
> @raulap@google.com Raul- the Smartrack schedule that you provided yesterday was helpful. Do we have any sign-offs on the work that was conducted there? What validation do we have of work done?
>
>  Raul Perez
> • 8:03 PM, Dec 6 (PST)

CONFIDENTIAL                                                                                           GOOGLE_LEVY001608



@smuroor@google.com @cindyxie@google.com can you comment on Todd's question above regarding Alius B0? according to the smart sheet schedule Alius B0 work started in August. Can you comment on what validation you've seen or have about that?

**Cindy Xie**
• 1:27 AM, Dec 7 (PST)

This is the ENG tracker on the B0 change list that Srikanth maintained for AP B0. Srikanth has reviewed this list and the one Gary used for B0 negotiation. In ENG tracker column AA to AF captured the current status of work. This is tracked weekly on the status.
https://docs.google.com/spreadsheets/d/1IJ5ZBxPAso6-9fRecuOP0Khh9_OKBypg/edit#gid=2102218913

**Srikanth Muroor**
• 10:54 AM, Dec 7 (PST)
New

Hi Todd, Cindy - the document you shared is a working copy. Please use this document link, which is current snapshot.
https://docs.google.com/spreadsheets/d/1YBIVggdFc0rfDFol20ZP6gW6Xhz0lukb/edit#gid=2102218913

**Srikanth Muroor**
• 10:55 AM, Dec 7 (PST)
New

Columns AA - AF capture the different phases of implementation of the design by VSI

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google sends you. You can reply to this email to reply to the discussion.

