| | |
|---|---|
| From: | Cindy Xie [cindyxie@google.com] |
| Sent: | 12/14/2022 5:27:49 AM |
| To: | Raul Perez [raulap@google.com] |
| CC: | Vikram Natarajan [vikn@google.com]; Todd Cunningham [toddcunningham@google.com]; galter@google.com; garylevy@google.com; Shannon Herrera [herreras@google.com]; jasonjordan@google.com; Jerry Chen [jcchen@x.team]; kirkprice@google.com; neilsheth@google.com; paulgreco@google.com; Phuong Lam [phuonglam@google.com]; randybaltodano@google.com; Srikanth Muroor [smuroor@google.com] |
| Subject: | Re: Follow up discussion on status of POs and contracts for silicon |

Hi Vikram,
Per our discussion,
B0 changelist Floorplan and Trial Place & Route as total Feasibility study contract total: $4,647,200

Amount that cover 2022 work is $2,778,300, line item: Initial Full Chip RTL Integration as part of B0 changelist Floorplan and Trial Place & RouteRegards,

Hi Raul, numbers and line item description has been added into the doc. Reviewed with Vikram.

Please let me know if you have any questions.

Thank you!
Cindy Xie


On Tue, Dec 13, 2022 at 5:09 PM Raul Perez <raulap@google.com> wrote:
> If these updated can be added to the email template that would be great. I need to send it out for approval ASAP.
> https://docs.google.com/document/d/1GDJOeyfZHkkKPLlggy_tAZ9o1oVwlODykF37mgodcWI/edit

>> On Tue, Dec 13, 2022 at 4:33 PM Vikram Natarajan <vikn@google.com> wrote:
>> Thanks Cindy - a couple of requests:
>> 1. For 2022, what is the description of the work that has already been done? (for $2778300)
>> 2. For the rest of Dec 2022 and Jan 2023, what is the description of the work that needs to be done? (and what is the $ estimate)

>>> On Tue, Dec 13, 2022 at 4:23 PM Cindy Xie <cindyxie@google.com> wrote:
>>> Hi Team,
>>> Followed up on today's discussion on Alius B0 ECO estimate with responsibility factored in.

| | |
|---|---:|
| Total projection for ECO cutoff (Factor in Google's responsibility) | $4,147,200.00 |
| additional 7 new items (Google projection) | [redacted] |
| | |
| | |
| Total | $4,647,200.00 |

Work done in 2022 is by **2022/12/8 is $2778300**

CONFIDENTIAL                                                                                                                  GOOGLE_LEVY001140

If we can get this contract in place quickly, it will help us to unblock the B0 work and also give us Jan 2023 time for negotiation B0 SOW and have the contract in place.

Please let me know if you have any questions.

Link of calc: https://docs.google.com/spreadsheets/d/1Ij7YtDD4d9PvzUHbQ_mdlcUeq0loIYPF/edit?resourcekey=0-5IEPhhxF-uBfuShgU6DBdw#gid=2002132326

Regards,
Cindy Xie


On Tue, Dec 13, 2022 at 10:00 AM Cindy Xie <cindyxie@google.com> wrote:
> Hi Todd,
> responsibility factor:
> If it is an errata, factor = 1, VSI's responsibility
> If it is a Google request, factor =0, Google's requirements
> If it is a Dev for enhancement or some items that we think we should split the cost, we use factor=0.5.
>
> Regards,
> Cindy Xie
>
>
> On Tue, Dec 13, 2022 at 8:51 AM Todd Cunningham <toddcunningham@google.com> wrote:
>> Hi Cindy,
>>
>> Thanks for putting this together. What does the "responsibility factor" distinguish? I see that it's not the same as the distinction between errata and ECO. Can you help me understand why we would have an ECO but assign no responsibility to Google?
>>
>> Best,
>> Todd
>>
>> On Mon, Dec 12, 2022 at 11:21 PM Cindy Xie <cindyxie@google.com> wrote:
>>> Hi Team,
>>> Srikanth and I did the calc for Alius B0 ECO work done by 2022/12/12 using Gary's Design NRE initial cost estimate spreadsheet.
>>> Total Design NRE for Alius B0 (without factor in VSI errata vs. Google request) total: $9,003,150.
>>>
>>> Our calc based on status of current progress by 12/08/2022 is:
>>>
>>> | combined Total w/ responsibility factor in (12/12/2022) | | combined Total w/o responsibility in (12/12/2022) | |
>>> |---|---|---|---|
>>> | | 2778300 | | 4422600 |
>>>
>>> Here is the link for detail calculation (Copy of Gary's spreadsheet w/ Eng weight factors of each row item's progress. https://docs.google.com/spreadsheets/d/1Ij7YtDD4d9PvzUHbQ_mdlcUeq0loIYPF/edit?resourcekey=0-5IEPhhxF-uBfuShgU6DBdw#gid=2002132326
>>>
>>> Regards,
>>> Cindy Xie
>>>
>>>
>>> On Mon, Dec 12, 2022 at 7:04 PM <raulap@google.com> wrote:

CONFIDENTIAL                                                                                           GOOGLE_LEVY001141

Notes and actions captured:
https://docs.google.com/document/d/1EyGu9gMMmSj2t84vRNRJ0SefBrKi5OekMEVO05tM_ac/edit?resourcekey=0-LnT_-QIsz8zrfaU5s2SbUg



Join with Google Meet

**Meeting link**
meet.google.com/vzi-omxc-uyc

**Join by phone**
(US) +1 320-566-4322
PIN: 364740557

More phone numbers

**Attachments**

2023 silicon budget sync

Follow up discussion on status of POs and contracts for silicon
Monday Dec 12, 2022 · 5:30pm – 6pm (Pacific Time - Los Angeles)

Agenda: Check how we are trending on POs and contracts that need to be done in 2022 before.
- Need to review Shannon's changes to the POs in order to ensure accuracy. Need Gary and Jerry in the meeting to discuss.

Notes and Actions HERE

**Location**
US-MTV-PR55-4-H-Coffee Pot (5) [GVC, No External Guests]
View map

**Guests**
raulap@google.com - organizer
Shannon Herrera
neilsheth@google.com
randybaltodano@google.com
Phuong Lam

Cunningham Declaration, Exhibit 3
Page 3 of 4

CONFIDENTIAL                                                                                                                    GOOGLE_LEVY001142



--
Regards,
Raul Perez
TPM - Augmented Reality Compute Architecture

CONFIDENTIAL                                                                                              GOOGLE_LEVY001143