**From:** Vikram Natarajan [vikn@google.com]
**Sent:** 12/19/2022 9:59:04 PM
**To:** Todd Cunningham [toddcunningham@google.com]
**CC:** Paul Greco [paulgreco@google.com]; Randy Baltodano [randybaltodano@google.com]
**Subject:** Re: Custom Silicon Contracts

Todd - a couple of things:

- I thought these only affected 2022 financials, not 2021? Please confirm.
- The number we've settled on is $5.39M not $5.63M, the delta is VSI errata fees that we're not going to pay

On Mon, Dec 19, 2022 at 11:56 AM Todd Cunningham <toddcunningham@google.com> wrote:
Hi Paul & Vik,

I'd like to send the following as a heads up to Clay on custom silicon. Can the two of you provide any adjustments below before I send?:

**TL;DR** We have discovered a gap between the custom silicon work that we have asked Verisilicon to perform and the contracts that we have signed with them. That gap relates to work on Alius A0 where we have learned we owe hot lot fees ($2.55M) that Verisilicon incurred in 2021 and also on Alius B0 where began work in August of this year ($5.63M) that is not yet on contract or PO. Both amounts are "after the fact" items that should have been reported in Google financials in '21 and previously in '22. We will now need to make prior period adjustments in our public financial statements to correct.
Paul and Vik have been working to rectify the situation with the following efforts:

- Alius A0 hot lot fees ($2.55M):
    - Contract amendment signed (6/24/22)
    - PO pending internal approval (PR 2100098827)
- Completed Alius B0 ECO work ($5.63M):
    - BD leading discussions with VSI to amend SoW for completed work
    - Will generate PO once the SoW is signed (targeting closure before 2022 EOY)

**How was this discovered?:** The gap was uncovered as AR Engineering worked with AR Finance & Accounting to assess silicon budgets for 2022 and 2023. Paul's team noted discrepancies between the contracts and work ongoing with Verisilicon. This was immediately escalated and Jason Jordan assigned a TPM to drive this to closure.
**Where did process controls break down?:** We are still conducting a post mortem on the process failures. We will share our findings when they are complete.
**What is being done to prevent recurrence?:** After completing the post-mortem we would like support in establishing training and processes to prevent recurrence.

Best,
Todd



EXHIBIT 19
DEPONENT NAME: G LEVY
DATE: 5/22/25

CONFIDENTIAL                                                                                   GOOGLE_LEVY001373

Cunningham Declaration, Exhibit 4
Page 1 of 1