## Q4 2022 Policy Violation - Gary Levy

**policy-violation@google.com policy-violation@google.com**  Tuesday, January 17, 2023 at 3:45:03 AM Pacific Standard Time

To: garylevy@google.com Gary Levy
Cc: hardware-risk-compliance@google.com Consumer Hardware Risk & Compliance, vikn@google.com Vikram Natarajan, darrenward@google.com Darren Ward

Hi Gary,

We are writing because issues with the following deal/s has/have been brought to our attention:

Verisilicon Holdings Co. LTD - Simba ID 762838; PIVT PR No. 2100098827; Simba ID 892729
In March of 2022 we incurred hot lot fees with Verisilicon that we later contracted in June. In August of 2022, Verisilicon began work on a B0 revision of Alius which we later contracted in December. A contract has been executed with an approved retrodating exception. A financial impact of up to $5.3M arises in the form of an unauthorized commitment.

Contractual arrangements must be in place for a third party to give or receive goods or services to/from Google, to help protect the interests of Google and the third party. In addition, we have an obligation as a publicly held company to report our financial obligations as they are incurred. Our contract dating policy helps ensure we are able to meet that obligation.

Formally this is what's known as a Policy Violation as it contravenes our stated internal Contracting policies.

**Darren**, please respond to certify that you are aware of the above policy violation and have taken corrective action to remediate the root cause and ensure no future control breaches.

**Gary**, we request that you complete some training within 4 weeks of receiving this email, to refresh your knowledge of what constitutes a Policy Violation and how to avoid these occurring in the future. You should complete this training **before close of business on Friday, February 10, 2023.**

We suggest the following modules in this case:

- Policy Violation & Side Agreement Remediation training
  **Note**: you'll need to "Mark Complete" on the Grow page after completion of the training module
- **Review** the Contract Dating Policy (go/contractdating)

If you have questions or concerns, please refer to this page of our Help Centre or get in touch.

Best,
The Compliance team



EXHIBIT
12
DEPONENT NAME: G LEVY
DATE: 5/22/25

**darrenward@google.com Darren Ward**  Tuesday, January 17, 2023 at 11:05:45 AM Pacific Standard Time
To: policy-violation@google.com policy-violation@google.com
Cc: garylevy@google.com Gary Levy, hardware-risk-compliance@google.com Consumer Hardware Risk & Compliance, vikn@google.com Vikram Natarajan

Hello Compliance Team,
Yes, I am aware of this Policy Violation. We are taking action to remediate and prevent future violations.
Thanks,
Darren

On Tue, Jan 17, 2023 at 3:45 AM policy-violation@google.com <policy-violation@google.com> wrote: