

## Verisilicon Alius B0 Feasibility Study Executive Summary

| Transaction and Partner Description | |
|---|---|
| **Agreement Title:** | Verisilicon Alius B0 Feasibility Study (Product Schedule to Verisilicon HSA) Simba ID 945052 |
| **Type of Deal:** | Product Schedule to HSA |
| **Products:** | Feasibility study for Alius B0 silicon |
| **Partner/Supplier:** | Verisilicon Inc. |
| **Country:** | China |
| **Region:** | APAC |

| Team | |
|---|---|
| **Partnerships:** | Vik Natarajan |
| **Legal:** | Kirill Levashov |
| **Engineering:** | Jason Jordan |
| **Finance:** | Todd Cunningham |
| **Cost:** | $5,390,550 |
| **Cost Center/Budget:** | 7ID: AR HW Engineering |

| Transaction Detailed Overview | |
|---|---|
| **Deal Background and Details:** | Approve up to $5,390,550 in order to complete feasibility study, continue chip verification and implementation activities corresponding to the Alius B0 tape out<br><br>PARTNER SUMMARY<br><br>Verisilicon is our custom silicon design partner for Alius and Alexandrite<br><br>DEAL SUMMARY<br><br>Verisilicon will provide the following services under this Product Schedule, which relate to efforts originally conducted in connection with the VeriSilicon Alius Product Schedule, which currently covers only an A0 tapeout of the Alius chip. This Product Schedule covers VeriSilicon performing a feasibility study for a B0 tapeout of the Alius chip, including:<br><br>- VSI errata from work performed under Alius Product Schedule (no cost to Google)<br>- Google requested ECOs for feasibility analysis of initial Full Chip RTL |

Executive Summary     Page 1 of 2     Google Confidential.     Internal Use Only.

Cunningham Declaration, Exhibit 6
Page 1 of 2

CONFIDENTIAL     GOOGLE_LEVY006309

|  | Integration as part of B0 changelist Floorplan and Trial Place & Route. These include RTL updates, P&R studies, FPGA builds and packaging studies<br><br>DEAL DETAILS<br><br>$5,390,550.00 nominal deal value split as<br><br>- Cat1 B0 changelist initial and final RTL design and initial FPGA build and bootROM: $2,126,250.00<br>- Cat1 B0 changelist initial and final stable design implementation: $1,741,500.00<br>- Cat1 B0 changelist System validation and final FPGA with bootROM verified: $214,650.00<br>- B0 changelist OPs including package and FPGA planning and final build: $437,400.00<br>- B0 full-chip software readiness for FPGA validation, chip bringup: $870,750.00<br><br>DELIVERABLES<br><br>- Progress reports on RTL, DV, synthesis and FPGA code drop<br>- Weekly progress reports and recommendations on options for future implementation<br>- bootROM code and FPGA images<br>- Package designs, IBIS models, simulation results and thermal models, schematics and layout of bring up boards<br>- Bare metal and Linux framework bring up |

| Key Agreement Terms | |
|---|---|
| Start Date: | Google Sign Date |
| End Date: | N/A |
| Renewal: | N/A |
| Termination: | - Either Party may terminate the Product Schedule for material breach by the other Party, subject to a 30-day cure period<br>- Google may terminate the Product Schedule for any reason at any time upon written notice to Supplier |
| Owner (REQUIRED when there are payments/fees): | Jason Jordan |

| Agreement Term Modifications | |
|---|---|
| Add terms with material changes from Google templates. Note: Attach WORD doc with redline comparison to original template. | • None |

Executive Summary     Page 2 of 2     Google Confidential.     Internal Use Only.

Cunningham Declaration, Exhibit 6
Page 2 of 2

CONFIDENTIAL     GOOGLE_LEVY006310