UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY, | CASE NO. C23-1678JLR |
| Plaintiff, | ORDER |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

On September 16, 2025, after *pro se* Plaintiff Gary Levy notified the court of a discovery dispute with Defendant Google LLC ("Google"), the court suspended the briefing schedule on Google's pending motion for summary judgment and ordered the parties to file letter briefs regarding the untimely discovery dispute. (*See* 9/16/25 Order (Dkt. # 40); *see also* 4/7/25 Order (Dkt. # 22) (setting a July 25, 2025 discovery completion deadline); MSJ (Dkt. # 32).) Mr. Levy's original deadline to file his letter was 5:00 p.m. on September 18, 2025. (9/16/25 Order.) The court extended Mr. Levy's deadline to 5:00 p.m. on September 23, 2025, on Mr. Levy's motion, and made clear that

ORDER - 1

it would grant no further extensions.  (9/19/25 Order (Dkt. # 42); *see* Mot. for Extension (Dkt. # 41); 9/23/25 Notice (clarifying the September 23 deadline).)  Although the September 23 deadline has now expired, Mr. Levy still has not filed a letter in accordance with the court's order.  (*See generally* Dkt.)

Therefore, the court ORDERS the following briefing schedule on Google's pending motion for summary judgment.  Mr. Levy shall file his response to Google's motion for summary judgment by no later than **October 14, 2025**.  Google shall file its reply in support of its motion for summary judgment by no later than **October 21, 2025**.  The Clerk is DIRECTED to renote Google's motion for summary judgment (Dkt. # 32) for October 21, 2025.

Dated this 29th day of September, 2025.

JAMES L. ROBART
United States District Judge