UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY,<br><br>               Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>               Defendant. | CASE NO. C23-1678JLR<br><br>ORDER |

Before the court is pro se Plaintiff Gary Levy's filing titled "Plaintiff's Emergency Motion for Extension Due to Exceptional Circumstances and Withheld Discovery." (Mot. (Dkt. # 44).)

Mr. Levy filed this action in King County Superior Court on October 3, 2023. (*See* Not. of Removal (Dkt. # 1).) Defendant Google LLC ("Google") removed the action to this court on November 2, 2023. (*See id.*) The Honorable Barbara J. Rothstein originally set the jury trial in this matter on March 10, 2025. (12/20/23 Sched. Order (Dkt. # 12).) On September 6, 2024, Judge Rothstein granted the parties' stipulated

ORDER - 1

1   motion to continue the trial date and reset trial on September 22, 2025.  (9/6/24 Sched.
2   Order (Dkt. # 15).)  On March 12, 2025, Mr. Levy, who was then represented by counsel,
3   moved for a further continuance of the trial date.  (*See* Mot. to Continue (Dkt. # 18).)  On
4   April 7, 2025, Judge Rothstein granted the motion and reset trial on February 2, 2026.
5   (4/7/25 Sched. Order (Dkt. # 22).)  In granting that motion, Judge Rothstein noted her
6   disappointment with the parties' "finger-pointing and inability to complete discovery in a
7   timely manner[;]" stated that "the parties' lack of meaningful progress is unacceptable[;]"
8   and warned the parties that "the [c]ourt will not entertain any further requests for
9   extensions."  (*Id.* at 2-3.)  On August 8, 2025, however, Judge Rothstein granted the
10  parties' stipulated motion to extend the dispositive motions deadline to August 29, 2025,
11  to allow the parties to focus on a scheduled mediation.  (8/8/25 Order (Dkt. # 25).)

12          On August 27, 2025, Judge Rothstein granted Mr. Levy's prior counsel's motion
13  to withdraw due to Mr. Levy's "immediate termination" of the attorney-client
14  relationship.  (8/27/25 Order (Dkt. # 29).)  Google timely filed its motion for summary
15  judgment on August 29, 2025.  (MSJ (Dkt. # 32).)  As a result, Mr. Levy's original
16  deadline to respond to Google's motion was September 19, 2025.  *See* Local Rules W.D.
17  Wash. LCR 7(d)(4).  This matter was reassigned to the undersigned on September 2,
18  2025.  (Recusal Order (Dkt. # 36).)  In a subsequent order, this court reiterated Judge
19  Rothstein's admonition that no further extensions of the trial date would be granted.
20  (9/2/25 Order (Dkt. # 37).)

21          On September 16, 2025, Mr. Levy notified the court of a purported discovery
22  dispute with Google that he asserted was preventing him from briefing his response to

Google's motion. (*See* 9/16/25 Order (Dkt. # 40).) Although the discovery deadline in this matter had expired on July 25, 2025, the court suspended the briefing schedule on Google's pending motion and ordered the parties to file letter briefs regarding the untimely discovery dispute. (*Id.*; *see also* 4/7/25 Sched. Order.) Mr. Levy's original deadline to file his letter was 5:00 p.m. on September 18, 2025. (9/16/25 Order.) The court then granted Mr. Levy's request for a five-day extension of his deadline to file his letter and reset that deadline to 5:00 p.m. on September 23, 2025. (9/19/25 Order (Dkt. # 42); 9/23/25 Notice (clarifying the deadline).) The court made clear that it would grant no further extensions to Mr. Levy's deadline to file his letter. (9/19/25 Order.)

Despite the extension, Mr. Levy did not file a letter regarding the purported discovery dispute. (*See generally* Dkt.) As a result, the court set a briefing schedule on Google's motion for summary judgment and ordered Mr. Levy to respond to Google's motion by no later than October 14, 2025. (*See* 9/29/25 Order (Dkt. # 43).) Rather than file his response, however, Mr. Levy filed the motion presently before the court.

Mr. Levy asserts that he "faces five insurmountable barriers" to filing his response to Google's motion for summary judgment: (1) a medical emergency that he asserts requires treatment through October 24, 2025;[1] (2) Google's alleged withholding of production of his personnel file; (3) a "missing case file"; (4) the exposure of a minor

---

[1] The exhibits to Mr. Levy's motion include partial letters from his physician stating that Mr. Levy "has been recommended to remain out of work for 5 days." (*See* Exs. 3-5, 8 (Dkt. # 45).) The latest of these letters, however, is dated September 26, 2025, and none of the documents Mr. Levy provided indicate that treatment of his medical condition will require him to refrain from working on his response to Google's motion through October 24, 2025. (*See generally* Exs.)

ORDER - 3

1 | child's "PHI"; and (5) Google's use with its summary judgment motion of Exhibit 1 to
2 | the Declaration of Todd Cunningham (Dkt. # 34-1), which Mr. Levy asserts Google
3 | never produced during discovery.  (Mot. at 1-2.)  He asks the court to extend his deadline
4 | to oppose Google's motion for summary judgment to 45 days after the later of his
5 | medical clearance to work on this case or his receipt of "complete discovery."  (*Id.* at 5.)

6 |     The court again notes that the discovery deadline in this matter expired on July 25,
7 | 2025, and observes that Mr. Levy never moved to compel Google to respond to his
8 | requests for production.  (*See generally* Dkt.)  The court further reiterates that the
9 | February 2, 2026 trial date is firm and will not be continued.  Nevertheless, in the interest
10 | of moving this matter forward, the court ORDERS Google to respond to Mr. Levy's
11 | motion by no later than **Friday, October 17, 2025**.  Mr. Levy may file a reply
12 | addressing Google's response by no later than **Wednesday, October 22, 2025**.  <u>No
13 | extensions of these deadlines will be granted</u>.

14 |     Dated this 15th day of October, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 4