UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO. C23-1678JLR<br><br>ORDER |

Before the court are *pro se* Plaintiff Gary Levy's filings titled "Plaintiff's Emergency Motion for Extension Due to Exceptional Circumstances and Withheld Discovery" and "Emergency Motion for 24 to 48-hour Extension Due to Medical Emergency." (1st Mot. to Extend (Dkt. # 44); 2d Mot. to Extend (Dkt. # 50).) Defendant Google LLC ("Google") opposes both motions. (1st Mot. Resp. (Dkt. # 47); 2d Mot. Resp. (Dkt. # 54).) The court set forth the procedural history of this case in its October 15, 2025 order setting a briefing schedule on Mr. Levy's first motion to extend and does

ORDER - 1

1 | not repeat it here except as relevant to the motions now before the court.  (*See* 10/15/25

2 | Order (Dkt. # 46).)

3 |      On August 27, 2025, The Honorable Barbara J. Rothstein granted Mr. Levy's

4 | counsel's motion to withdraw due to Mr. Levy's "immediate termination" of the

5 | attorney-client relationship.  (8/27/25 Order (Dkt. # 29); *see also* Levy Not. of

6 | Appearance (Dkt. # 28) (stating he ended his relationship with counsel "for cause" on

7 | August 18, 2025).)  Mr. Levy has proceeded *pro se* since that time.

8 |      On August 29, 2025, Google timely filed a motion for summary judgment.  (MSJ

9 | (Dkt. # 32); *see* 8/8/25 Order (Dkt. # 25) (granting the parties' stipulated motion for a

10 | one-week extension of the deadline to file dispositive motions).)  Mr. Levy's original

11 | deadline to respond to Google's motion was September 19, 2025.  *See* Local Rules W.D.

12 | Wash. LCR 7(d)(4) (providing responses to motions for summary judgment must be filed

13 | no later than 21 days after the motion was filed).  This matter was reassigned to the

14 | undersigned on September 2, 2025.  (Recusal Order (Dkt. # 36).)

15 |      On September 16, 2025, Mr. Levy notified the court of a purported discovery

16 | dispute that he asserted was preventing him from responding to Google's motion.  (*See*

17 | 9/16/25 Order (Dkt. # 40).)  Although the discovery deadline in this matter had expired

18 | months before, on July 25, 2025, the court suspended the briefing schedule on the

19 | pending motion for summary judgment and ordered the parties to file letter briefs

20 | regarding the purported discovery dispute.  (*Id.*; *see also* 4/7/25 Sched. Order (Dkt.

21 | # 22).)  Mr. Levy's original deadline to file his letter was 5:00 p.m. on September 18,

22 | 2025.  (9/16/25 Order.)  Rather than file his letter, Mr. Levy sought—and the court

1 | granted—a five-day extension of the deadline to file the letter, making Mr. Levy's letter
2 | due by 5:00 p.m. on September 23, 2025. (9/19/25 Order (Dkt. # 42); 9/23/25 Notice
3 | (clarifying the deadline).) The court made clear that it would grant no further extensions
4 | to Mr. Levy's deadline to file his letter. (9/19/25 Order.)
5 |     Despite the extension, Mr. Levy did not file a letter regarding the purported
6 | discovery dispute. (*See generally* Dkt.) As a result, the court set a briefing schedule on
7 | Google's motion for summary judgment and ordered Mr. Levy to respond to the motion
8 | by no later than October 14, 2025. (*See* 9/29/25 Order (Dkt. # 43).) Rather than file his
9 | response, however, Mr. Levy filed a motion for an extension of the deadline to respond
10 | based on an unspecified medical emergency. (*See* 1st Mot. to Extend.) The court
11 | ordered Google to respond to that motion by October 17, 2025, and ordered Mr. Levy to
12 | file his reply by October 22, 2025. (10/15/25 Order (Dkt. # 46).)
13 |     On October 22, 2025, Mr. Levy once again filed a motion instead of timely filing a
14 | brief in accordance with the court's order. (*See* 2d Mot. to Extend.) Mr. Levy now seeks
15 | a 24- to 48-hour extension of his deadline to file a reply in support of his motion for an
16 | extension of his deadline to respond to Google's motion for summary judgment. (*Id.*)
17 | Mr. Levy again states that an unspecified medical emergency prevented him from timely
18 | filing his reply and that, as a *pro se* litigant, he has no one to help him complete his brief.
19 | (*Id.*) Google, however, points out that Mr. Levy has been actively litigating this case
20 | through detailed emails and calls with its attorney during the time he allegedly suffered
21 | his medical emergency. (*See, e.g.*, 10/23/25 Fredrickson Decl. (Dkt. # 55) ¶ 2, Ex. 1
22 | (email correspondence between Google's attorney and Mr. Levy on October 20 and 21,

ORDER - 3

2025); *id.* ¶ 3, Ex. 2 (email correspondence between Google's attorney and Mr. Levy on October 21, 2025, during the parties' Teams conference).)

The court GRANTS Mr. Levy's request for an extension of his deadline to file a reply in support of his motion to extend the deadline to respond to the motion for summary judgment (Dkt. # 50).  Mr. Levy shall file his reply by no later than **Friday, October 24, 2025, at 11:59 p.m.**  Mr. Levy shall also file, by no later than **Monday, October 27, 2025**, evidence of the alleged medical emergencies that prohibited him from timely filing his response to Google's motion for summary judgment and his reply in support of his second motion for an extension.

The court places Mr. Levy on notice that his repeated requests for extensions are putting his trial date at risk.  Accordingly, <u>no further extensions of this deadline will be granted.  Failure to timely file a reply and documentation of the alleged medical emergency in accordance with this order may result in the imposition of sanctions up to and including the dismissal of this case.</u>

Dated this 23rd day of October, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 4