UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEVY,<br><br>                Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>                Defendant. | CASE NO. C23-1678JLR<br><br>ORDER |

The court has received Plaintiff Gary Levy's November 17, 2025 response to Defendant Google LLC's ("Google") motion for summary judgment. (MSJ Resp. (Dkt. # 68); *see* MSJ (Dkt. # 32).) As the court noted in its previous orders, Mr. Levy's response was originally due on September 19, 2025. (*See, e.g.*, 10/28/25 Order (Dkt. # 58) at 2.) Although the court ultimately extended that deadline by nearly two months to November 12, 2025 (*id.* at 6.), Mr. Levy did not file his response by that deadline (*see* MSJ Resp.). Nevertheless, the court exercises its discretion under Federal Rule of Civil Procedure 1 and GRANTS Mr. Levy's request to accept his untimely response. (MSJ

ORDER - 1

Resp. at 1[1]); *see* Fed. R. Civ. P. 1.  The court ORDERS Mr. Levy to file a declaration that includes the exhibits he cites in his response brief by no later than **November 19, 2025**. *See* Fed. R. Civ. P. 56(c)(1)(A) ("A party asserting that a fact cannot be or is genuinely disputed must support the assertion by . . . citing to particular parts of materials in the record[.]"); *Keenan v. Allan*, 91 F.3d 1275, 1278-79 (9th Cir. 1996) ("We rely on the nonmoving party to identify with reasonable particularity the evidence that precludes summary judgment."); (*see, e.g.*, MSJ Resp. at 14 (citing "Levy Opp'n MSJ, Exhibit [Z], [X]")).  The court EXTENDS Google's deadline to file a reply in support of its motion for summary judgment to **November 25, 2025**.  The Clerk is DIRECTED to renote Google's motion for summary judgment (Dkt. # 32) to November 25, 2025.

Dated this 18th day of November, 2025.

JAMES L. ROBART
United States District Judge

---

[1] Mr. Levy complains that the court ignored multiple purported "ADA accommodation requests." (*See id.* at 1-2.)  The Americans with Disabilities Act, however, does not apply to federal courts.  *See Roman v. Jefferson at Hollywood LP*, 495 F. App'x 804, 806 (9th Cir. 2012) (citing 42 U.S.C. § 12131(1)(A)).  Furthermore, the court has afforded Mr. Levy numerous extensions of deadlines in this action, and Mr. Levy did not respond to the court's request for medical documentation supporting his requests for extensions of time.  (*See generally* 9/29/25 Order (Dkt. # 43); 10/15/25 Order (Dkt. # 46); 10/23/25 Order (Dkt. # 56); 10/28/25 Order; 11/14/25 Order (Dkt. # 66).)