The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY LEVY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a California company,<br><br>    Defendant. | Case No. 2:23-cv-01678-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SETTLEMENT CONFERENCE DEADLINE |

This matter came before the Court on Defendant Google LLC's Motion for Extension of Settlement Conference Deadline, and the Court, having considered the motion and all evidence submitted in opposition to and in support of the motion, and the pleadings, records and files herein, it is now therefore:

ORDERED that Defendant's Motion for Extension of Settlement Conference Deadline is GRANTED. The new Settlement Conference deadline is January 9, 2026.

DATED this  5th  day of  December , 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND
SETTLEMENT CONFERENCE DEADLINE - 1
Case No. 2:23-CV-01678-JLR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1

2  Presented by:

3

4  *s/April Upchurch Fredrickson*
   April Upchurch Fredrickson, WSBA No. 31910
5  april.fredrickson@millernash.com
   Erica R. Tatoian, *Pro Hac Vice*
6  erica.tatoian@millernash.com
   MILLER NASH LLP
7  605 5th Ave S, Ste 900
   Seattle, WA 98104
8  Telephone: (206) 624-8300
   Facsimilie: (206) 340-9599
9
   *Attorneys for Defendant Google LLC*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SETTLEMENT CONFERENCE DEADLINE - 2
Case No. 2:23-CV-01678-JLR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the foregoing [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SETTLEMENT CONFERENCE DEADLINE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary Levy
2720 3rd Avenue, PH6
Seattle, WA 98121
garyblevy4prose@gmail.com

*Plaintiff pro se*

☐ via Hand Delivery
☐ via U.S. Mail
☐ via E-Service
☐ via Email
☒ via CM/ECF

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Portland, Oregon on December 4, 2025.

*s/Amanda Bowen*
Amanda Bowen, Legal Assistant

CERTIFICATE OF SERVICE - 1
Case No. 2:23-CV-01678-JLR

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104